# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS DE LOS SANTOS,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:15-cv-01146- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 10) |

On February 19, 2016, the parties filed a stipulation for an extension of time for Plaintiff to serve his confidential letter brief. (Doc. 10)  Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and

2. Plaintiff **SHALL** serve his confidential brief on or before **March 21, 2016**.


IT IS SO ORDERED.

   Dated:   **February 22, 2016**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1