UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS DE LOS SANTOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01146- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 12) |

On March 21, 2016, the parties filed a second stipulation to extend time for Plaintiff to serve a confidential letter brief. (Doc. 12)  Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 5 at 4, emphasis added)  This extension was used previously by Plaintiff, who previously requested an extension of time on February 19, 2016. (Docs. 10-12)  Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4)  Further, the parties are cautioned that "[r]equests for modification of th[e] briefing schedule will **not** be routinely granted. (*Id.*, emphasis in original)  Therefore, the Court construes the stipulation of the parties to be a motion by Plaintiff for modification of the Court's Scheduling Order.

　Here, Plaintiff's counsel asserts the further extension of time is necessary because she recently relocated her business office and has "a heavy work load despite due diligence." (Doc. 15 at 2)  Defendant does not oppose the second extension of time. (*Id.*)

1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED** nunc pro tunc;
2. Plaintiff **SHALL** serve a confidential letter brief no later than **April 20, 2016**; and
3. <u>Plaintiff is cautioned that no further extensions will be granted without the showing of exceptionally good cause</u>.

IT IS SO ORDERED.

Dated:   **March 29, 2016**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE