1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   SANTOS DE LOS SANTOS,                    )    Case No.: 1:15-cv-01146 - JLT
                                              )
12              Plaintiff,                    )    ORDER CLOSING CASE PURSUANT TO THE
                                              )    PARTIES' STIPULATION
13         v.                                 )
                                              )    (Doc. 14)
14   CAROLYN W. COLVIN,                       )
     Acting Commissioner of Social Security,  )
15                                            )
                Defendant.                    )
16   _____ )

17         On April 21, 2016, the parties filed a stipulation to dismiss the matter pursuant to Rule 41 of

18   the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court

19   order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion

20   for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."

21   Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required

22   for the dismissal.  Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir.

23   1997).  Thus, the Clerk of Court is **DIRECTED** to close this action in light of the stipulated dismissal

24   with prejudice. (Doc. 14)

25
     IT IS SO ORDERED.
26

27       Dated:   __**April 25, 2016**__           _____**/s/ Jennifer L. Thurston**_
                                                   UNITED STATES MAGISTRATE JUDGE
28